# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. INIGUEZ, | ) 1:08v1758 AWI DLB |
| | ) |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO |
| | ) SUBMIT APPLICATION TO PROCEED IN |
| v. | ) FORMA PAUPERIS **OR** PAY FILING FEE |
| | ) |
| BOYD CORPORATION, | ) ORDER REQUIRING PLAINTIFF TO |
| | ) SUBMIT CIVIL COVER SHEET |
| Defendant. | ) |

Plaintiff George R. Iniguez, proceeding pro se, filed the instant action on November 17, 2008. However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.

Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Plaintiff also failed to submit a civil cover sheet pursuant to Local Rule 3-200. The Clerk of the Court shall send Plaintiff a civil cover sheet and he is ORDERED to complete and return it within thirty (30) days of the date of service of this order.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **November 19, 2008**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE