# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE R. INIGUEZ, | ) | 1:08v01758 AWI DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER VACATING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 3) |
| BOYD CORPORATION, | ) ) ) | |
| Defendant | ) ) | |

    Plaintiff George R. Iniguez ("Plaintiff"), appearing pro se, filed the instant action on November 18, 2007.  On November 19, 2008, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within thirty days of the date of service of the order.  Plaintiff did not respond, and on January 14, 2009, the Court issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow the Court's order.

    During the objection period, Plaintiff filed a complete application to proceed in forma pauperis.  Therefore, the Findings and Recommendation issued on January 14, 2009, is HEREBY VACATED.

    IT IS SO ORDERED.

    Dated:   **January 26, 2009**                    **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE