# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. INIGUEZ, | )    1:08v1758 AWI DLB |
| | ) |
| | ) |
| Plaintiff, | )    ORDER DENYING PLAINTIFF'S |
| | )    APPLICATION TO PROCEED IN FORMA |
| v. | )    PAUPERIS AND REQUIRING PLAINTIFF TO |
| | )    PAY FILING FEE |
| BOYD CORPORATION, | ) |
| | )    (Document 4) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff George R. Iniguez, proceeding pro se, filed the instant action on November 17, 2008.  On January 22, 2009, pursuant to the Court's request, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Review of the application reveals that Plaintiff does not meet the standard to proceed without prepayment of fees and his application is therefore DENIED.

Plaintiff is ORDERED to pay the $350.00 filing fee within thirty (30) days of the date of service of this action.

Failure to comply with this order may result in this action being dismissed.

IT IS SO ORDERED.

Dated:    __February 10, 2009__      _____/s/ Anthony W. Ishii_____

                             CHIEF UNITED STATES DISTRICT JUDGE