# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE R. INIGUEZ, | ) | 1:08v01758 AWI DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER VACATING FINDINGS AND RECOMMENDATION DATED MARCH 24, 2009 |
| v. | ) | (Document 8) |
| BOYD CORPORATION, | ) ) | ORDER DIRECTING CLERK TO ISSUE SUMMONS |
| Defendant | ) ) ) | |

Plaintiff George R. Iniguez ("Plaintiff"), appearing pro se, filed the instant action on November 17, 2008. On February 11, 2009, the Court ordered Plaintiff to pay the filing fee within thirty days of the date of service of the order. Plaintiff did not respond, and on March 24, 2009, the Court issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow the Court's order.

Subsequently, the Court discovered that Plaintiff paid the filing fee on February 24, 2009, but due to administrative error, the payment was not docketed. Therefore, the Findings and Recommendation issued on March 24, 2009, is HEREBY VACATED.

The Clerk of Court is DIRECTED to issue summons and new case documents.

IT IS SO ORDERED.

Dated: **March 26, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1