IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. INIQUEZ,           )<br>                                           )<br>          Plaintiff,               )<br>     v.                                 )<br>                                           )<br>BOYD CORPORATION,      )<br>                                           )<br>          Defendant.             )<br>_____) | 08-CV-1758 AWI DLB<br><br>ORDER VACATING<br>HEARING DATE OF<br>JULY 6, 2009 AND TAKING<br>MATTER UNDER<br>SUBMISSION |

    Defendant has noticed for hearing and decision a motion to dismiss set for July 6, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than June 22, 2009. Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 6, 2009, is VACATED, and no party shall appear at that time. As of July 6, 2009, the court will take this matter under submission and thereafter issue an opinion.

 IT IS SO ORDERED.

**Dated:   July 1, 2009**                                  /s/ Anthony W. Ishii
                                                                                     CHIEF UNITED STATES DISTRICT JUDGE